# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

14 JUN -9 AM 11: 19

CLERK-ALBUQUERQUE

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Jeep Wrangler<br>New Mexico License Plate LGR088<br>VIN 1J4GA39128L569817 | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>14mr408 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___New Mexico___
*(identify the person or describe the property to be searched and give its location)*:
Jeep Wrangler, New Mexico License Plate LGR088, VIN 1J4GA39128L569817


The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See items listed on attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___June 7, 2014___
_(not to exceed 10 days)_

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___Karen B. Molzen___ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: ___May 29, 2014 at 8:15 am___ ___/s/ Karen B. Molzen___
*Judge's signature*

City and state: ___Albuquerque___ **KAREN B. MOLZEN**
**U.S. MAGISTRATE JUDGE**
*Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>14 MR 407 | Date and time warrant executed:<br>0600 / 06/04/2014 | Copy of warrant and inventory left with:<br>Sheriff Thomas Rodella |
| Inventory made in the presence of :<br>Sheriff Thomas Rodella | | |
| Inventory of the property taken and name of any person(s) seized: | | |

No items taken.

JWH

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/09/2014

_____
Executing officer's signature

John W. Howard / Special Agent / FBI
Printed name and title