UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

14 AUG 15 AM 9: 03

CLERK-ALBUQUERQUE

In the Matter of the Searches of an item )
Known and Described as: )
) Case No. 14-mr-408
Jeep Wrangler )
New Mexico License Plate LGRO88 )
VIN 1J4GA39128L569817 )

MOTION TO UNSEAL APPLICATION AND SEARCH WARRANT

The United States of America moves the Court to order the clerk to unseal the application and search warrant in the above captioned matter on the following grounds:

1. On or about May 29, 2014, this Court signed a search warrant authorizing a search of the above-styled item.

2. Thereafter, upon the motion of the United States, this Court entered an Order sealing the search warrant and supporting affidavits on the grounds that the underlying investigation was ongoing and that publication of the affidavits might jeopardize the integrity of the investigation.

3. The investigation has now concluded and a grand jury has returned an indictment. There is, therefore, no further need for the above-referenced materials to remain sealed. The United States, therefore, respectfully requests that this Court order the clerk to unseal the application and search warrant in this case.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

_____
TARA C. NEDA
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274