UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

14 AUG 15 AM 9:03

CLERK-ALBUQUERQUE

In the Matter of the Searches of an item )
Known and Described as: )
) Case No. 14-mr-408
Jeep Wrangler )
New Mexico License Plate LGRO88 )
VIN 1J4GA39128L569817 )

ORDER UNSEALING APPLICATION, AFFIDAVIT, SEARCH WARRANT AND RETURN

THIS MATTER having come before the Court upon the written motion of the United States, and the Court having reviewed said motion and being otherwise fully advised, the Court finds:

1. On or about May 29, 2014, this Court ordered the application, affidavit, search warrant and return in this matter sealed because the matter related to an ongoing investigation of a sort which made sealing proper.

2. The investigation has now been completed, however, due to the sensitive nature of the information seized when the warrant was executed, the warrant has remained sealed until the investigation was completed. The investigation has now concluded and a grand jury has returned an indictment.

3. That the continued sealing of the above-mentioned matters is no longer necessary.

IT IS HEREBY ORDERED, that the clerk of the court unseal the application, affidavit, search warrant and return in this matter.

_____
KAREN B. MOLZEN
CHIEF UNITED STATES MAGISTRATE JUDGE